IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID L WINE,                              No C-09-4771 VRW (PR)

        Plaintiff,

      v                                    ORDER OF TRANSFER

J HALTERMAN AND J WILLIAMS,

        Defendant(s).
_____/

      Plaintiff, a prisoner currently incarcerated at San Quentin State Prison, has filed a pro se civil rights complaint alleging that two San Bernardino County sheriffs deputies used excessive force against him in violation of his constitutional rights.  Doc #1.  Plaintiff also seeks leave to proceed in forma pauperis under 28 USC section 1915.  Doc #2.

      A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants reside, in San Bernardino County, which lies within the venue of the Central District of California, Eastern Division.  See 28 USC § 84(c)(1). Venue therefore properly lies in the Central District of California,

1  Eastern Division.  See id § 1391(b).
2       Accordingly, in the interest of justice and pursuant to
3  28 USC section 1406(a) IT IS ORDERED that this action be TRANSFERRED
4  to the United States District Court for the Central District of
5  California, Eastern Division.
6       The clerk shall transfer this matter and terminate all
7  pending motions as moot.

10      IT IS SO ORDERED.

    VAUGHN R WALKER
    United States District Chief Judge

G:\PRO-SE\VRW\CR.09\Wine-09-4771-transfer-cacd.wpd

**2**